FILED
CHARLOTTE, NC
SEP 1 0 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

vs.

Shad Everett                    Docket No.: 3:08CR00160-1

## REQUEST FOR ITEMS TO BE DESTROYED

Shad Everett was convicted in the Eastern District of New York of Conspiracy to Distribute and Possess with Intent to Distribute MDMA, a class C Felony and sentenced on 09/26/2003 by the Honorable Thomas Platt to 60 months imprisonment, followed by 5 years Supervised Release. During the course of Mr. Everett's supervision, jurisdiction was transferred to Western District of North Carolina and he was subsequently revoked on 09/26/2008 by Your Honor.

On 05/12/2008, while the defendant was on Supervised Release, USPO John Holiday and Cliff Johnson confiscated several items, those being: (1) black shaving kit bag, glass bent shaped pipe, small bag marijuana, black film container, pipe screen cover, plastic baggy, plastic bottle, pen stem, glass crack pipe, lighter, spoons, measuring spoon, and one marijuana cigarette.

At this time, I respectfully request that the evidence seized be destroyed under the guidelines of the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE), and the Administartive Office of the U.S. Courts (AO).

If Your Honor concurs, please sign.

Pursuant to the above report, it is ordered that the aforementioned items be destroyed.

Dated this __8__ day of __Sept__, 2009.

_/s/ Robert J. Conrad Jr._
Robert J. Conrad Jr.
Chief United States District Court Judge